IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN G. FORD,

        Plaintiff,                    No. CIV S-09-2551 KJM P

    vs.

CONTRA COSTA PUBLIC
DEFENDER, et al.,

        Defendants.             ORDER

        /

        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed a request to proceed in forma pauperis or paid the filing fee.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, the defendants are located and the claim arose in Contra Costa County, which is in the Northern District of California. Therefore, plaintiff's claim should have

1

1  been filed in the United States District Court for the Northern District of California.  In the
2  interest of justice, a federal court may transfer a complaint filed in the wrong district to the
3  correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.
4  1974).

5  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  United States District Court for the Northern District of California.

7  DATED: October 1, 2009.

_____
U.S. MAGISTRATE JUDGE

4/kly
ford2551.21a

2