IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FORD, | No. C 09-4921 JSW (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CONTRA COSTA COUNTY PUBLIC DEFENDER'S OFFICE, MIKE KELLY, TERRY KOCHLER, | |
| Defendants. | |

An order of judgment is hereby entered DISMISSING this action for failure to state a claim upon which relief could be granted.

IT IS SO ORDERED.

DATED: November 2, 2009

_____
JEFFREY S. WHITE
United States District Judge